08/14/2006

"NOTICE OF CHANGE OF ADDRESS"

Clerk,
District Court of the U.S.
for the District of Colombia
1834 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.,
Washington, DC   20001-2802
(202) 354-3050


In re:  USDC, Civil No. 06-1298 (RCL); <u>Van Velzer  v.   Court of Appeals of the United</u>
<u>States for the Ninth Circuit</u>


Dear Clerk;

Effective 08/14/06, please change my mailing address to:

David Van Velzer
c/o  1819 Commerce Street
Houston, Texas   77002
(713) 224-0984

Thank you very much.



Sincerely yours,

David Allan Van Velzer, Jr., petitioner, pro per,


RECEIVED

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT