# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5263**             **September Term, 2006**

06cv01298

**Filed On:**

David Allan Van Velzer, Jr.,
    Appellant

v.

United States Court of Appeals for the Ninth Circuit, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUL 18 2007

CLERK

## ORDER

By order filed March 9, 2007, appellant was directed to either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in the district court for leave to proceed on appeal in forma pauperis, and submit to this court his Prisoner Trust Account Report, by May 25, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on March 16, 2007. To date, appellant has not complied with the court's March 9, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/14/07
BY: _[signature]_, Deputy Clerk
ATTACHED: ___ Amending Order
               ___ Opinion
               ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _[signature]_
Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _[signature]_ Deputy Clerk